| | |
|---|---|
| LINCOLN DAVIS | ) |
| | ) |
| v. | )     NO. 2:12-0023 |
| | )     JUDGE SHARP |
| BILL HASLAM, et al., | ) |
| | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Preliminary Injunction (Docket No. 20) to which the Court has set for a hearing on June 15, 2012 at 10:00 a.m.

If the parties plan to present live testimony at the hearing, a witness list shall be filed by June 11, 2012.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE