**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **LINCOLN DAVIS** | ) | |
| | ) | |
| **v.** | ) | **NO. 2:12-0023** |
| | ) | **JUDGE SHARP** |
| **BILL HASLAM, et al.,** | ) | |
| | ) | |

**ORDER**

Pending before the Court is Plaintiff's Motion for Preliminary Injunction (Docket No. 20) to which the Court has set for a hearing on June 15, 2012 at 10:00 a.m.

If the parties plan to present live testimony at the hearing, a witness list shall be filed by June 11, 2012.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE